**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



C. Kathryn Preston
United States Bankruptcy Judge

**Dated: July 6, 2017**

_____

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: Criss Lorenzo Flowers | : | Case No. 17-52682 |
| | : | Chapter 13 |
| | : | Judge C KATHRYN PRESTON |

### AMENDED AGREED ORDER REQUIRING DEBTOR TO RESOLVE TRUSTEE'S OBJECTION TO CONFIRMATION (DOC. 27), SETTING DEADLINES AND CONTINUING THE CONFIRMATION HEARING

This Chapter 13 case is scheduled for hearing to consider confirmation of the Chapter 13 Plan, or for hearing to consider the status of the case. Upon the agreement of the parties, as indicated by their electronic signatures below, it is ORDERED:

1. The Debtor shall have until midnight (EST) on September 01, 2017 to resolve all the issues set forth in the Trustee's Objection to Confirmation filed on June 13, 2017, (Doc. 27) as updated on the Trustee's Docketing Website at http://dockets.ch13.org.

2. If the Debtor fails to resolve all the issues as set forth in Paragraph One the Trustee is authorized to file a Report to Court setting forth  Debtor's failure to

comply with this Order and submit an Order of Dismissal. Upon filing of the

Trustee's Report to Court and submission of a proposed Order of Dismissal,

this case may be dismissed without further notice or hearing.

3. If the Debtor resolves all the issues as set forth in Paragraph One, a

Confirmation Hearing will be held on this matter on October 05, 2017 at 1:00

P.M. in the United States Bankruptcy Court, 170 North High Street,

Courtroom C, Columbus, Ohio 43215.

**IT IS SO ORDERED.**

/s/ Don Mains (0001391) For Frank M. Pees
Frank M. Pees
Chapter 13 Trustee
130 East Wilson Bridge Road
Suite 200
Worthington, OH 43085
Tel: (614) 436-6700
Fax: (614) 436-0190
Email: trustee@ch13.org



/s/Mark Albert Herder
Mark Albert Herder (0061503)
1031 East Broad Street
Columbus OH, 43205
Tel: (614) 444-5290
Fax: (614) 444-4446
Email: Markalbertherder@yahoo.com

Copies to: All Creditors and Parties in Interest


###