**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



C. Kathryn Preston
United States Bankruptcy Judge

**Dated: August 1, 2017**

_____

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE:  Criss L. Flowers | ) | CASE NO.: 17-52682 |
| | ) | CHAPTER 13 |
| | ) | |
| | ) | JUDGE C. KATHRYN PRESTON |
| Debtor | ) | |
| | ) | |

### AGREED ORDER RESOLVING MOTION FOR IN-REM RELIEF FROM STAY OF AMERICAN TAX FUNDING, LLC FOR 1368 SMITH RD. COLUMBUS, OHIO 43207 (DOCKET #18)

This matter came to be considered on the Motion for In-Rem Relief from Stay (the "Motion") filed by American Tax Funding, LLC (the "Movant") (Docket #18).

Movant has alleged that good cause exists for granting the Motion and that Debtor, counsel for Debtor, the Chapter 13 Trustee, and all other necessary parties were served with this Motion; and

The parties have entered into an agreement resolving the Motion:

American Tax Funding, LLC shall be paid as a secured creditor on all amounts set forth in their Proof of Claim #4, for the property known as 1368 Smith Rd. Columbus, Ohio 43207. Debtor shall file an amended plan, within 10 days, to provide American Tax Funding, LLC no less than $520.00 per month, at the tax interest rate of 18% on the principal balance, only, of $12,155.95.

The Debtor shall make the on-going payment of the post-petition real estate taxes.

Debtor shall stay current in plan funding. In the event Debtor falls delinquent in plan funding, Movant shall issue a 10 day Notice of Default to Debtor and counsel for Debtor. If the default is not cured within the 10 days, Movant shall submit a proposed order granting in-rem relief for a period of 2 years from the date of the Order with regards to the real property known as 1368 Smith Rd. Columbus, Oh 43207. The *in-rem relief* shall expire 2 years from the date of the docketed Final Relief Order.

**WHEREFORE IT IS HEREBY ORDERED THAT, Debtor shall provide for the treatment of American Tax Funding, LLC's claim#4 in the Amended Chapter 13 Plan as follows:**

Principal:          $12,155.95 @ 18% interest accruing from 4/28/2017

Accrued Interest: $16,875.72 on principal up to 4/27/2017 (interest does not

                accrue on accrued interest)

Fees and Costs:   $5,878.50 (does not accrue interest) (fees $3612; Costs $2266.50)

Debtor shall propose a plan to provide monthly payments to American Tax Funding of no less than $520.00.

**IT IS SO ORDERED.**

Submitted By:

/s/ Lindsey Hall
Lindsey Hall (0075152)
Keith D. Weiner & Associates CO., LPA
Attorneys for American Tax Funding LLC
75 Public Square, 4th Floor
Cleveland, OH 44113
216-771-6500 ph
216-771-0133 fax
Email: bankruptcy@weinerlaw.com

/s/ Mark A. Herder
Mark Albert Herder (0061503)
1031 East Broad Street
Columbus, OH 43205
(614) 444-5290 ph
(614) 444-4446 fax
Email: Markalbertherder@yahoo.com

/s/ Criss L. Flowers
Criss Lorenzo Flowers, Debtor
1368 Smith Rd.
Columbus, Ohio 43207

/s/ Frank M. Pees by DLM (0001391)
Frank M. Pees, Chapter 13 Trustee
trustee@ch13.org
David T. Powell, Staff Attorney
Ohio Reg 0076375
Don Mains, Staff Attorney
Ohio Reg 0001391
Kathleen Mills, Staff Attorney
Ohio Reg 0055994
130 E. Wilson Bridge Rd. Suite 200
Worthington, Ohio 43085-6300
(614) 436-6700 ph
(614) 436-0190 fax
trustee@ch13.org

**SERVICE**

Copies To: Default List

###