**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



C. Kathryn Preston
United States Bankruptcy Judge

**Dated: January 16, 2019**

_____

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

In Re: CRISS LORENZO FLOWERS      :   Case No: 17-52682

                                                                              :   CHAPTER 13

            Debtor(s)      :   Judge C KATHRYN PRESTON

### AGREED ORDER ON TRUSTEE'S MOTION TO DISMISS (Doc. 44)

The Court set this matter to be heard February 01, 2019 on the Trustee's Motion to Dismiss this Chapter 13 Case (Doc. 44) and the response thereto (Doc. 45) filed by the Debtor(s). Upon the agreement of the parties, the Chapter 13 Trustee's Motion to Dismiss shall be held in abeyance to provide Debtor(s) the opportunity to perform under the confirmed Chapter 13 Plan (the "Plan").

Debtor(s) shall resume full and regular payments into the plan. Debtor(s) shall also cure the length problem in the Plan, if any, within sixty (60) days of the date

of this Order by filing such pleadings as may be necessary, e.g. a motion to modify the Plan or objections to claims.

If the Debtor(s) become more than thirty (30) days in default on any subsequent Plan payment, or if the Debtor(s) fail to correct the length problem within sixty (60) days, the Trustee shall be authorized to submit to the Court an order of dismissal with an attached affidavit attesting to the default under this Agreed Order. Upon submission of the Trustee's proposed order of dismissal and affidavit of default, the Motion to Dismiss will be granted instanter without further notice or hearing.

IT IS SO ORDERED.

Approved:

/s/Mark Albert Herder by email authorization 1/14/2019
Mark Albert Herder (0061503)
Attorney for the Debtor(s)
1031 East Broad Street
Columbus OH, 43205
Tel: (614) 444-5290
Fax: (614) 444-4446
Email: Markalbertherder@yahoo.com

/s/ Frank M. Pees by D Powell (0076375)
Frank M. Pees
Chapter 13 Trustee
130 E. Wilson Bridge Rd., Ste. 200
Worthington, OH 43085
Tel: (614) 436-6700
Fax: (614) 436-0190
Email: trustee@ch13.org

Copies to: Default List